■ In the Matter of LATASHA R. GRANT, Respondent, v MICHAEL J. HABALOU, Appellant. [34 NYS3d 286]—

Appeal from an order of the Family Court, Niagara County (Kathleen M. Wojtaszek-Gariano, J.), entered June 10, 2015 in a proceeding pursuant to Family Court Act article 6. The order directed that respondent's visitation with the subject children be supervised.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent father appeals from an order that granted petitioner mother's petition in part and modified a prior order of custody by requiring that the father's visitation with the subject children be supervised. The father failed to preserve for our review his contention that Family Court was biased against him (*see Matter of Reinhardt v Hardison*, 122 AD3d 1448, 1448-1449 [2014]; *Matter of Brian P. [April C.]*, 89 AD3d 1530, 1531 [2011]). In any event, that contention is without merit (*see Matter of McDonald v Terry*, 100 AD3d 1531, 1531 [2012]; *Brian P.*, 89 AD3d at 1531). Contrary to the father's further contention, although the court did not state that it was in the best interests of the children to modify the prior order of custody, the court's findings demonstrate that it made such a determination (*see Matter of Pauline E. v Renelder P.*, 37 AD3d 1145, 1146 [2007]). We further conclude that the "court's determination that unsupervised visitation would be detrimental to the child[ren] has a sound and substantial basis in the record" (*Matter of Green v Bontzolakes*, 111 AD3d 1282, 1283 [2013]; *see generally Matter of Procopio v Procopio*, 132 AD3d 1243, 1244 [2015], *lv denied* 26 NY3d 915 [2016]). We have considered the father's remaining contention and conclude that it is without merit. Present—Centra, J.P., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.

■ In the Matter of AMANDA M. and Others, Infants. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; GEORGE M., Appellant. [32 NYS3d 533]—

Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered June 16, 2014 in a proceeding pursuant to Social Services Law § 384-b. The order revoked a suspended judgment and terminated respondent's parental rights.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent father appeals from an order by which Family Court, inter alia, revoked a suspended judgment entered upon the father's admission that he had abandoned the four children and terminated his parental rights. It is well established that, "[i]f the court determines by a preponderance of the evidence that there has been noncompliance with any of the terms of the suspended judgment, the court may revoke the suspended judgment and terminate parental rights" (*Matter of Ronald O.*, 43 AD3d 1351, 1352 [2007]). Here, there is a sound and substantial basis in the record to support the court's determination that the father failed to comply with the terms of the suspended judgment and that it is in the children's best interests to terminate his parental rights (*see Matter of Ramel H. [Tenese T.]*, 134 AD3d 1590, 1592 [2015]; *Matter of Savanna G. [Danyelle M.]*, 118 AD3d 1482, 1483 [2014]). Present—Centra, J.P., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.